UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00499-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PABLO TRETO-MARTINEZ,
a/k/a Pablo Treto-DeLaTorre,
a/k/a Juan Martinez-DeLaCruz,

        Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER comes before the Court on the Defendant's "Motion Challenging Only District Court's Failure to Reach Merits of his 28 U.S.C. § 2255 Motion Filed April 17, 2006" **(#73)**. Having considered the same, the Court construes it as a motion for reconsideration of the Court's May 4, 2006 Order **(#70).** For the reasons previously articulated by the Court in its December 2, 2005 Order Denying Motion Under 28 U.S.C. § 2255,

**IT IS ORDERED** that the Defendant's present motion for reconsideration **(#73)** is **DENIED**.

Dated this 19th day of June, 2006

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge